U.S. District Federal Courthouse

To: Honorable Judge       11/01/2023

Dear Honorable Judge,

Hi, my name is DeShawn Raymond Conwell. I was set up by my DHS caseworker for Bethany Services in Moline, IL & her family. My DHS caseworker for Bethany Services in Moline, IL is Katelynn Ramirez. Her office # is (309) 736-6611. Katelynn Ramirez & her whole family (Julius Berryman, Branden Berryman from East Moline, IL, Ashley M. Smith from Muscatine County Jail, Muscatine, Iowa, Bodie Jacob Koranda the administrator of Cedar County Sheriff's Office, Tipton, Iowa 52772, Andrea D. Jaeger my attorney from Davenport, Iowa, correctional offices Ken (J-8), Matt Rawold, and DeKota (J-4) were all apart of setting me up by using an Illegal Polygraph Examiner Machine on me making false reports on me to the judge to get me

← (without my consent)

They were all working for Katelynn Ramirez & still using + Illegal devices on me while I'm in Oakdale Prison Coralville, Iowa

page 1

Case No. FECR027812
U.S. District Federal Courthouse Conwell

To: "Honorable Judge    11/01/2023
5 years prison time at Oak Dale Prison (IMCC) in Coralville, Iowa at my Sentencing Courtdate. (October 27th, 2023 at 11:15 Am) They were all using an Illegal micro camera device that they put inside of my eyes while I was sleeping (Knocked out sleeping from the drugs they put inside of my food & the needle they injected into my left arm to keep me Knocked out sleeping, without my consent at all period! They also put an Illegal micro SD Bluetooth Chip Device inside of my ear while I was Knocked out sleeping from the drugs they put inside of my food without my consent at all period. (Touching on my body parts Illegally & also sexually pulling my pants down while I was sleeping) This is all on camera on 1 Cell Unit Female Max F4E"

page 2

Case no: LaShawn Redmond
PECR021812                U.S. District Federal Courthouse Conwell

To:  "Honorable Judge                11/01/2023
Cell F1F-Bottom Bunk (right
across the hall from the windows
with the camera monitors inside
of them to the downstairs control
room through door C5 by both
Female Mix Units)
Please check the cameras inside
of the control room upstairs
too to the control room upstairs
through the control room door (C5)
3 the hallway upstairs by the
control room upstairs.
They been using these Illegal
Devices on me to Illegally Stalk
me at all times, to know exactly
what I'm thinking at all times,
harassing 3 sexually harassing
me at all times talking about
my penis, my buttox, watching me
use the restroom, watching me get
naked, watching me take a shower,
watching me masterbate in the
shower, and watching me have
sex with my daughter's mom"

("They were also using an
Illegal Voice Stabilizer on
me since monday morning Jan. 16th, 2023
after 5:30 AM")
page 3

TO: U.S. District Federal Courthouse
Honorable Judge      11/01/2023

"Keanna L. Latcham without my consent at all! (Keanna L. Latcham is my daughter's mother who Kids they took from her Illegally & forced her to lose her Parental Rights over so they could Illegally adopt her 3 oldest Kids

in Rock Island, IL at the Juvenile Court Facility back in January of 2023 when Katelynn Ramirez had her family members Julius Berryman & Brandon Berryman set me up Illegally with the Sheriff's in Cedar County, Tipton, Iowa on Wednesday December 7th, 2022 after 12:08pm to lose my Parental Rights for my daughter & to force Keanna L. Latcham to lose her Parental Rights (Illegally) at her Final Courtdate for her 3 oldest Kids

page 4

TO: U.S District Federal Courthouse
Honorable Judge  11/01/2023

"They came Into my cell without my consent at all during bedtime (12Am - 5:30Am) on Monday Morning (January 16th, 2023) after correctional officer Matt Rowold kept trying to force me to go to sleep on his second night of the job! Matt Rowold kept saying, "Go To Sleep Conwell... Go To Sleep Conwell" after 10Pm Sunday Night January 15th, 2023 which was also bedtime. I told correctional officer Benischek not to let him back on my unit because I was scared for my life because I had a dream he killed me and he was creeping me out & really weird! When I woke up my pants & my boxers were all the way up to my stomach & up my buttox & I felt really uncomfortable & violated in a weird sexual way like I had been touched Illegally without my"

page 5

DeShawn Raphael Cornell 6735888

IOWA MEDICAL and CLASSIFICATION CENTER
2700 Coral Ridge Ave.
Coralville, IA 52241

NOTICE! This correspondence was mailed from an institution operated by the Iowa Department of Corrections. The contents are uncensored.

RECEIVED
NOV 06 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

CEDAR RAPIDS IA
2 NOV 2023 PM 2 L

quadient
FIRST-CLASS MAIL
IMI
$000.63
11/02/2023 ZIP 52241
043M31229344
US POSTAGE

The Honorable Judge
U.S. District Federal Courthouse
131 East 4TH Street
Davenport, Iowa 52801

52801-151699

Case No.
FECR027812

TO:
U.S. District Federal Courthouse
Honorable Judge    11/01/2023

" Consent while I was sleeping. I kept hearing voices in my ear from them harassing me (sexually too) after I woke up. I didn't know where they were coming from because they were trying to force me into a Mental Home/Facility to make people think I am delusional (crazy) & hallucinating ~~~~~~~~ (Seriously Mentally Impaired) so they can commit me into a Mental Hospital & their family could keep custody (Illegal custody) of me & Keanna L. Latchem's 1 year old daughter that the Foster Parents (Jenny & Craig) has custody of (Illegally) because of Katelynn Ramirez from Bethany Services in Moline, Illinois who thought she could get away with all of this for the rest of her life by putting me in prison "

page 6

Deshawn Osmond Conwell

TO:
U.S. Federal District Federal Courthouse

"Honorable Judge    11/01/2023
(forcing me in prison for 5 years
when I was just granted probation
for 3 years in Davenport, Iowa
(Scott County) last month & all
of my charges in Scott County &
Cedar County (Iowa) were supposed
to be run concurrent since I
served 8 months in the county
& was just released. I was
incarcerated from December 7th, 2022-
Aug 2ND, 2023 then placed on
3 years probation in Scott County
Davenport, Iowa 52801 after
taking a Plea from Andrew D.
Jaeger & not getting in any
trouble at all plus having 2 jobs
& Orientation at UPS October 31st,
2023 at 6AM while living at
620 West 63RD Street Apt. 6
Davenport, Iowa 52806 since
Aug 2ND 2023 being Illegally
stalked (sexually), & Illegally
being harassed the whole time
(sexually too) since January 16th,"

page 7

TO: U.S. District Federal Court date
" Honorable Judge, 11/01/2023
2023. I am not even supposed to be in prison because I been doing good & didn't violate my probation at all. I want to appeal this Immediately & file a Police Report ASAP!"

Can I also get a lawsuit form to fill out?

Can I please talk to The Feds in Bettendorf Iowa who I worked for before (who they also claim they are working for but they're not working for the Feds at all they're working Illegally for Katelynn Ramirez (Bethany Services in Moline, IL) & Bale Jacob Koranda the Illegal Confidential Informant also who is the Administrator & Sheriff of Cedar County Sheriff's Office (711 East South Street, Tipton, Iowa 52772) who wouldn't let me talk to the Sheriff or Chief Deputy for the last 3 months I was"

page 8

Case no. DeShawn Raymond Caswell
FECR027812

TO: U.S. District Federal Courthouse
Honorable Judge, 11/01/2023
" incarcerated there at Cedar County Sheriff's Office, Tipton Iowa 52772 because he knew I was going to make a Police Report because I requested it on my Inmate Request Form (Daily Commissary Form) that was passed out everyday at 6AM.
The day before my Sentencing Courtdate in Cedar County, Tipton, Iowa (where all Katelynn Ramirez family members work at Cedar County Sheriff's Office & Cedar County Courthouse, Tipton, Iowa) Katelynn Ramirez tapped my cell phone 224-943-4094 or 493

the day before my Sentencing Courtdate so I couldn't call none of my family or friends to support me at my Sentencing courtdate. I had days still on my phone but my sim card did not work at all completely after"

page 9

Case no. DeShawn Raymond Conwell
FECR0271812

TO: U.S. District Federal Courthouse
Honorable Judge    11/01/2023

"leaving Katelynn Ramirez my phone number on her voicemail & that never ever happened to me until I gave her my cell phone number."

Me & my baby momma has been getting (Illegally) set up this whole time by DHS (Bethany Services in Moline, IL) forcing us to lose our Parental Rights for all of our children.

We want all of our children back Immediately & for all of this to be on the news ASAP!

We're both pressing charges against everyone that was involved" in stalking & harassing us (sexually) (Illegally) (Immediately)

Can you please send the Feds to talk to me & give me there address? HELP US PLEASE!"

"I wrote this statement on Wednesday, November 1st, 2023 after 6 PM!"

Name: X DeShawn Conwell    date: 11/01/2023

"WE WANT THEM IN PRISON (FEDERAL) FOR THE REST OF THEIR LIVES!"

* Where is the weed that (the confidential informant) was selling him?? (the confidential informant) claims (1 ounce)?? (the Illegal confidential Informant)

Julius Berryman sold him or page 10

(Ashley M. Smith)
They also said that, "they didn't care about us trying to sue them at all because they knew we didn't have enough money to afford a paid Lawyer to sue them at all & kept calling "Broke A** Ni***er." (the whole time!)

Case no: DeShawn Raymond Conwell
FECRO27812
U.S. District Federal Courthouse

TO: The Honorable Judge,   11/01/2023
Dear Honorable Judge,

    I DeShawn Raymond Conwell Social Security ▉▉▉▉▉▉▉▉▉), asked Correctional Officer Matt Rowold of Cedar County Sheriff's Office 711 East South Street, Tipton, Iowa 52772 on Sunday, October 29th, 2023 at 6:07 pm, "What type of Illegal Micro Bluetooth Chip Device did y'all put inside of my ear while I was sleeping without my consent?" Correctional Officer Matt Rowold turned around while walking away down the hallway by 1 Cell Female Max F1E Cell F1F - Bottom Bunk and said while smiling, "Bluetooth... Bluetooth!!"

    I also asked him was Julius Berryman or Brandon Berryman upstairs inside of the control room upstairs through the door C5

(the control room door) & he said, "there's no Berryman up there that he knows of, and that it was only him & Shelby... he'll have to check."

Please check the hallway camera by both Female Max Units & check the dayroom camera on 1 Cell Female Max F1E cell F1F - Bottom Bunk Right Across The Hall From The Windows With The Camera Monitors Inside Of Them To The Control Room Downstairs Through The Door C5 (The Control Room Door By Both Female Max Units)

"I wrote this statement on Wednesday November 1st, 2023 after 7pm!"

Name: DeShawn Raymond Conwell
       xDeshawn Conwell
Date:  11/01/2023

DeShawn Raymond Conwell 6735888

IOWA MEDICAL and CLASSIFICATION CENTER
2700 Coral Ridge Ave.
Coralville, IA 52241

NOTICE! This correspondence was mailed from an institution operated by the Iowa Department of Corrections. The contents are uncensored.

RECEIVED
NOV 06 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

2 NOV 2023 PM

quadient
FIRST-CLASS MAIL
IMI
$000.63
11/02/2023 ZIP 52241
US POSTAGE

The Honorable Judge
U.S. District Federal Courthouse
131 East 4TH Street
Davenport, Iowa 52801

52801-151699